MR. DECARESS SMITH # 08749-055
FEDERAL MEDICAL CENTER - DEVENS
P.O. BOX 879
AYER, MA. 01432

JULY 11,th 2004

RE: CASE NO. 04-40126

TO: OFFICE OF THE CLERK,

        I AM ASKING THAT THIS COURT PLEASE PLACE A TEMPORARY STAY ON MY (2241) MOTION FILED AND RECEIVED ON 7-6-04 UNDER CASE NO. ( 04- 40126 ), SO THAT I CAN LATER FILE A SUPPLEMENT WITH REGARDS TO THE AFFECT AND RESPONCE'S OF MY HAVING TO FOLLOW PROCEDURE WITH RESPECT TO FILING AN ADMINISTRATIVE REMEDY PROCESS HERE WITHIN THE B.O.P. MY ATTEMPTS AT OBTAINING SUCH RESULTS ARE ALREADY IN AFFECT, YET NOT ALL STEPS ARE COMPLETED AS OF YET. SO I AM ASKING THAT THIS COURT GRANT A TEMPORARY STAY OF MY MOTION UNTIL SUCH ADMINISTRATIVE PROCEDURE'S ARE FULLY COMPLETED. I THANK YOU AND THE COURTS, FOR IT'S TIME AND CONSIDERATION WITH RESPECT TO THIS MATTER.

SINCERELY,

*Decaress Smith*

MR. DECARESS SMITH # 08749-055
FEDERAL MEDICAL CENTER- DEVENS
P.O. BOX 879
AYER, MA. 01432

C.C.: