MR. DECARESS SMITH # 08749-055
FEDERAL MEDICAL CENTER -DEVENS
P.O. BOX 879
AYER, MA. 01432

FILED
CLERKS OFFICE

2004 JUL 15 P 12: 44

U.S. DISTRICT COURT
DISTRICT OF MASS

JULY 13,th 2004

RE: CASE NUMBER. 4:04-cv-40126
CLARIFICATION.


TO: CLERK OF THE COURT.

       ON 7-12-04 I RECEIVED NOTICE FROM THE COURT THAT JUDGE RYA W. ZOBEL, ORDERED ENTER OF SERVICE RE ( 2255 ) MOTION. I AM WRITING FOR A CLARIFICATION OF SUCH ORDER CONSIDERING, THAT THE MOTION I FILED WAS INDEED A (2241) MOTION, PURSUANT TO TITLE 28, UNITED STATES CODE, SECTION 1361 AND 2241. I WOULD APPRECIATE THE COURTS CONFIRMING MY MOTION, AND CORRECTING ANY TYPE - O ERROR'S THAT MAY HAVE OCCURRED.

                    RESPECTFULLY,

                 *Decaress Smith*

                MR. DECARESS. SMITH # 08749-055

C.C.: