MR. DECARESS SMITH # 08749-055

FEDERAL MEDICAL CENTER - DEVENS

P.O. BOX 879

AYER, MA. 01432

SEPTEMBER 23, 2004

RE: CASE NUMBER 4:04-cv-40126 RWZ

TO: CLERK OF THE COURTS:

ON ( 7/8/2004 ) I FILED A MOTION WHICH WAS SUBMITTED AND ENTERED ON THE ABOVE DATE MENTIONED, SHORTLY THEREAFTER I FILED AND REQUESTED AN ██████ TEMPORARY STAY, TILL COMPLETION OF MY ADMINISTRATIVE PROCESS WAS DONE. HOWEVER, I NEVER OBTAINED ANY NOTICE FROM YOUR OFFICE STATING IF SUCH REQUEST WAS GRANTED, SO I WOULD LIKE TO REQUEST FROM THE COURTS A COPY OF THE DATA ENTRY SHEET.

SINCERELY,

*Decaress Smith*

MR. DECARESS SMITH # 08749-055

FEDERAL MEDICAL CENTER - DEVENS

P.O. BOX 879

AYER, MA. 01432