UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
DECARESS SMITH,              )
      Petitioner,            )      CIVIL ACTION NO. 04-40126-RWZ
                             )
v.                           )
                             )
DAVID L. WINN                )
      Respondent.            )
_____)
```

UNITED STATES' RESPONSE TO PETITIONER'S REQUEST FOR STAY

The United States respectfully request that the court dismiss these proceedings or, in the alternative, provide a date certain when he shall be required to file the supplement he promised would be forthcoming to in his July 11, 2004 filing with the court.  In support the United States states:

1.  The petitioner filed a "writ of mandamus and/or habeas corpus...brought pursuant to Title 28, U.S.C. § 1361, and 2241 ("petition")."  Several days after that filing the petitioner requested that the court stay the proceedings until he could "later file a supplement with regards to the affect and responce's (sic) of my having to follow procedure with respect to filing an administrative remedy process here within the B.O.P."  While the petitioner does not want to move forward with this proceeding until he files a supplement to his petition, he has yet to file that

supplement.

2. The petitioner was sentenced on November 15, 1996 to a 17 ½ year term of imprisonment. The petition alleges that a policy implemented by the United States Bureau of Prisons ("BOP") undermines 18 U.S.C. §3624(b), which grants federal prison inmates credit of 54 days per year for good behavior. The petitioner concedes he did not follow the procedure of first filing an administrative proceeding "within the BOP" to challenge that BOP policy. See Petitioner's July 11, 2004 court filing.

3. Therefore, the United States request that the court dismiss this proceeding without prejudice or, in the alternative, provide a date certain for the petitioner to file his supplement.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY


/s/ Christopher Alberto
Christopher Alberto
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3311

Dated:__October 8, 2004

<u>Certificate of Service</u>

  I hereby certify that on October 8, 2004, I caused a copy of this pleading to be sent by U.S. Mail to Decaress Smith, Reg. No. 08749-055, Federal Medical Center, P.O. Box 879, Ayer, MA 01432.

            <u>/s/ Christopher Alberto</u>
            Christopher Alberto
            Assistant U.S. Attorney

<u>Rule 7.1 Certificate</u>

  Petitioner is a pro se plaintiff currently incarcerated at the Federal Medical Center Ayer, MA and therefore the undersigned is unable to confer with the Petitioner.

            <u>/s/ Christopher Alberto</u>
            Christopher Alberto