MR. DECARESS SMITH # 08749-055
FEDERAL MEDICAL CENTER - DEVENS
P.O. BOX 879
AYER, MA. 01432

OCTOBER 18, 2004

RE: CIVIL ACTION NO. 04-40126-RWZ

TO: CLERK OF THE COURTS.

ON 10/11/04 I RECEIVED A MOTION FROM THE UNITED STATES ATTORNEY'S OFFICE, IN RESPONCE TO MY REQUEST FOR STAY. IT STATED EITHER THE COURTS DISMISS SUCH PROCEEDINGS OR, IN THE ALTERNATIVE THAT I PROVIDE A DATE CERTAIN WHEN I SHALL BE READY TO FILE MY SUPPLEMENT MOTION. ENCLOSED PLEASE FIND A COPY OF ( ADMINISTRATIVE REMEDY ) RECEIPT INFORMING ME OF THEIR RESPONSE DUE DATE, SO IN REPLY TO THE U.S. ATTORNEY'S MOTION, I AM CERTAIN TO FILE MY SUPPLEMENT MOTION ON OR BEFORE 11/10/04. I'VE ALSO ENCLOSED (3) COPY'S FOR THE COURTS AND I HOPE THAT THIS WILL BE ACCEPTABLE BEFORE THIS COURT.

RESPECTFULLY SUBMITTED,

DECARESS SMITH, PETITIONER.

*Decaress Smith*

FEDERAL MEDICAL CENTER - DEVENS
P.O. BOX 879
AYER, MA. 01432

RECEIPT - ADMINISTRATIVE REMEDY

DATE: OCTOBER 18, 2004

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BOP CENTRAL OFFICE

TO  : DECARESS SMITH, 08749-055
      DEVENS FMC    UNT: J CC    QTR: J01-122L

THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 345552-A1
DATE RECEIVED   : SEPTEMBER 28, 2004
RESPONSE DUE    : NOVEMBER 7, 2004
SUBJECT 1       : OTHER SENTENCE COMPUTATION
SUBJECT 2       :
INCIDENT RPT NO:

RECEIPT - ADMINISTRATIVE REMEDY

DATE: OCTOBER 18, 2004

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BOP CENTRAL OFFICE

TO  : DECARESS SMITH, 08749-055
      DEVENS FMC     UNT: J CC     QTR: J01-122L

THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 345552-A1
DATE RECEIVED   : SEPTEMBER 28, 2004
RESPONSE DUE    : NOVEMBER 7, 2004
SUBJECT 1       : OTHER SENTENCE COMPUTATION
SUBJECT 2       :
INCIDENT RPT NO:

```
                    RECEIPT - ADMINISTRATIVE REMEDY




DATE: OCTOBER 18, 2004



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BOP CENTRAL OFFICE

TO   : DECARESS SMITH, 08749-055
       DEVENS FMC     UNT: J CC    QTR: J01-122L



THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 345552-A1
DATE RECEIVED   : SEPTEMBER 28, 2004
RESPONSE DUE    : NOVEMBER 7, 2004
SUBJECT 1       : OTHER SENTENCE COMPUTATION
SUBJECT 2       :
INCIDENT RPT NO:
```

# PROOF OF SERVICE

I, __DECARESS SMITH__, certify that on __OCTOBER 18__, 200_4_ I mailed a copy of this document and all attachments via First Class mail to the following parties **at the addresses listed below:**

UNITED STATES DISRICT COURT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA. 02210

## PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Proof of service, all litigants who are currently incarcerated should include the following statement with all documents to be filed with the court:

I certify that this document was given to officials[1] on this date for forwarding to the United States District Court for the District of __MASSACHUSETTS__. I further certify under penalty of perjury that the forgoing is true and correct. **Title 28 U.S.C. § 1746.**

Respectfully submitted this __18__ day of __OCTOBER__, 200_4_

Name: DECARESS SMITH
Number: 08749-055
FMC Devens, Unit J-A
P.O. Box 879
Ayer, Massachusetts 01432

---

[1] Pleadings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to prison authorities for forwarding to clerk. **Houston v Lack. 487 U.S. 266 (1988).**