EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 5, 2004

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BOP CENTRAL OFFICE

TO  : DECARESS SMITH, 08749-055
      DEVENS FMC    UNT: J CC    QTR: J01-122L

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID        : 345552-A1
DATE RECEIVED    : SEPTEMBER 28, 2004
RESPONSE DUE     : NOVEMBER 27, 2004
SUBJECT 1        : OTHER SENTENCE COMPUTATION
SUBJECT 2        :
INCIDENT RPT NO: