UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DECARESS SMITH, ) | |
| ) | Civil Action No. 04-CV-40126-RWZ |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID L. WINN, Warden, ) | |
| ) | |
| Respondent. ) | |

**RESPONDENT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), the Respondent, David Winn, hereby moves for dismissal on the ground that the Petition fails to state a claim upon which relief may be granted. In support of the motion, the Respondent submits the attached memorandum of law and exhibits.

Wherefore, the Respondent requests that the Petition be dismissed.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

Dated: February 25, 2005     By:   /s/ Christopher Alberto
CHRISTOPHER ALBERTO
Assistant U.S. Attorney
John Joseph Moakley U. S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3311

## CERTIFICATE OF COMPLIANCE

      The Respondent takes the position that L.R. 7.1 requires "counsel" to confer and is not applicable where, as here, the opposing party is *pro se.* Alternatively, because Petitioner is a prisoner currently incarcerated in a federal correctional facility, counsel for the Respondent respectfully requests leave to file this Motion without a 7.1 conference.

                                  /s/ Christopher Alberto
                                  Christopher Alberto
                                  Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of February 2005, the foregoing document was served upon Petitioner, Decaress Smith, Reg. No.08749-055, FMC Devens, P.O. Box 879, Ayer, MA 01432 by mail.

                                           /s/ Christopher Alberto
                                             Christopher Alberto