# EXHIBIT 1

```
  DEVBS   540*23  *       SENTENCE MONITORING         *   02-08-2005
  PAGE 001        *       COMPUTATION DATA            *   10:16:40
                          AS OF 02-08-2005

  REGNO..: 08749-055 NAME: SMITH, DECARESS

  FBI NO............: 668387X3           DATE OF BIRTH: 08-02-1963
  ARS1..............: DEV/A-DES
  UNIT..............: J CC               QUARTERS.....: J01-122L
  DETAINERS.........: NO                 NOTIFICATIONS: NO

  PRE-RELEASE PREPARATION DATE: 08-09-2011

  THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
  THE INMATE IS PROJECTED FOR RELEASE: 02-09-2012 VIA GCT REL

  -----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

  COURT OF JURISDICTION............: NEW YORK, WESTERN DISTRICT
  DOCKET NUMBER....................: 1:96CR00103-001
  JUDGE............................: ELFVIN
  DATE SENTENCED/PROBATION IMPOSED: 11-15-1996
  DATE COMMITTED...................: 01-21-1997
  HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
  PROBATION IMPOSED................: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES          COSTS
  NON-COMMITTED.:  $50.00          $00.00          $00.00         $00.00

  RESTITUTION...: PROPERTY: NO   SERVICES: NO    AMOUNT: $00.00

  ------------------------CURRENT OBLIGATION NO: 010 ----------------------------
  OFFENSE CODE....: 136
  OFF/CHG: CNT 1: 18 USC 922(G)(1): POSSESSION OF A FIREARM BY A
          CONVICTED FELON

   SENTENCE PROCEDURE..............: 3559 VCCLEA VIOLENT SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:  210 MONTHS
   TERM OF SUPERVISION.............:  3 YEARS
   CLASS OF OFFENSE................: CLASS A FELONY
   DATE OF OFFENSE.................: 04-07-1996




  G0002       MORE PAGES TO FOLLOW . . .
```

```
  DEVBS  540*23 *              SENTENCE MONITORING       *   02-08-2005
PAGE 002 OF 002 *               COMPUTATION DATA         *   10:16:40
                               AS OF 02-08-2005

  REGNO..: 08749-055  NAME: SMITH, DECARESS

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-09-2002 AT RBK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 11-15-1996
TOTAL TERM IN EFFECT............:   210 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    17 YEARS         6 MONTHS
EARLIEST DATE OF OFFENSE........: 04-07-1996

                                   FROM DATE       THRU DATE
JAIL CREDIT.....................: 04-07-1996       04-29-1996
                                  06-26-1996       11-14-1996

TOTAL PRIOR CREDIT TIME.........: 165
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 660
TOTAL GCT EARNED................: 245
STATUTORY RELEASE DATE PROJECTED: 02-09-2012
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 11-30-2013

PROJECTED SATISFACTION DATE.....: 02-09-2012
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: COMPUTATION UPDATED AT ALM 11-18-98 TO ADD ONE DAY OF JAIL
                CREDIT (04-07-96).




S0055         NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

EXHIBIT 2

```
 DEVBS  542*22 *              SENTENCE MONITORING         *   02-08-2005
 PAGE 001 OF 001 *              GOOD TIME DATA            *   10:16:53
                              AS OF  02-08-2005

REGNO...: 08749-055   NAME: SMITH, DECARESS            VCCLEA VIOLENT
ARS 1...: DEV A-DES                        FUNC..: PRT   ACT DT:
COMPUTATION NUMBER..: 010                  FACL..: RBK   CALC: AUTOMATIC
LAST UPDATED:  DATE.: 10-09-2002           QUARTERS............: J01-122L
UNIT................: J CC                 COMP STATUS.........: COMPLETE
DATE COMP BEGINS....: 11-15-1996           TOTAL INOP TIME.....: 0
TOTAL JAIL CREDIT...: 165                  EXPIRES FULL TERM DT: 11-30-2013
CURRENT REL DT......: 03-30-2013 SAT       PROJ SATISF METHOD..: GCT REL
PROJ SATISFACT DT...: 02-09-2012 THU       ACTUAL SATISF METHOD:
ACTUAL SATISFACT DT.:                      FINAL PUBLC LAW DAYS:
DAYS REMAINING......:
---------------------------GOOD CONDUCT TIME AMOUNTS-------------------------

                         MAX POSSIBLE TO    ACTUAL TOTALS    VESTED    VESTED
   START       STOP       DIS      FFT       DIS     FFT    AMOUNT     DATE
   DATE        DATE                                            54    06-17-1997
 06-03-1996  06-02-1997    54       0                          54    06-17-1998
 06-03-1997  06-02-1998    54       0         54                0    06-17-1999
 06-03-1998  06-02-1999    54       0         39               15    06-17-2000
 06-03-1999  06-02-2000    54       0         67                0    06-17-2001
 06-03-2000  06-02-2001    54       0                          54    06-17-2002
 06-03-2001  06-02-2002    54       0         40               14    06-17-2003
 06-03-2002  06-02-2003    54       0                          54    06-17-2004
 06-03-2003  06-02-2004    54       0
 06-03-2004  06-02-2005    54
 06-03-2005  06-02-2006    54
 06-03-2006  06-02-2007    54
 06-03-2007  06-02-2008    54
 06-03-2008  06-02-2009    54
 06-03-2009  06-02-2010    54
 06-03-2010  06-02-2011    54
 06-03-2011  02-09-2012    37

      TOTAL EARNED AMOUNT.................................................: 245
      TOTAL EARNED AND PROJECTED AMOUNT...................................: 660




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

# EXHIBIT 3

U.S. DEPARTMENT OF JUSTICE                                  REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __SMITH, DECARESS__  __10749-056__  __J-A__  __F.M.C. DEVENS__
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A- INMATE REQUEST

I'M REQUESTING THAT MY GOOD TIME BE RECALCULATED AND THAT I BE AFFORDED THE PROPER ADJUSTMENTS WITH RESPECT TO MY GOOD TIME, AND THE PROVISIONS OF ( 18 U.S.C. 3624 ) (B) WITH THE RECENT RULING OF WHITE VS. SCIBANA. HOWEVER, THE RESULTS OF THIS COMPLAINT WILL BE USED AS AN EXHIBIT SHOWING JUST CAUSE TO MY EXHAUSTING MY ADMINISTRATIVE PROCEDURE WITHIN THE COURTS, WHEN I CAN'T PROCEED ANY FURTHER WITHIN THE B.O.P.

__7-19-04__                                               __Decaress Smith__
DATE                                                       SIGNATURE OF REQUESTER

Part B- RESPONSE

_____                          _____
DATE                                                       WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

CASE NUMBER: _____

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE
                                                          CASE NUMBER: _____

Part C- RECEIPT

Return to: _____  _____  _____  _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                          _____
DATE                                              RECIPIENT'S SIGNATURE (STAFF MEMBER)

FEDERAL MEDICAL CENTER, DEVENS, MASSACHUSETTS
RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #345552-F1

This is in response to your Request for Administrative Remedy wherein you request that your Good Conduct Time (GCT) be recalculated in accordance with the provisions of 18 U.S.C. 3624(B).

Section 3624(b) states in pertinent part: ...a prisoner who is serving a term of imprisonment of more than one year, other than a term of imprisonment for the duration of the prisoner's life, may receive credit toward the service of the prisoner's sentence, beyond the time served, of up to 54 days at the end of each year of the prisoner's term of imprisonment, beginning at the end of the first year of the term....credit for the last year or portion of a year of the term of imprisonment shall be prorated and credited within the last six weeks of the sentence.

The Bureau has implemented the language of 3624(b) by promulgation of policy 28 CFR 523.20 and P.S. 5880.28, Sentence Computation Manual (CCCA of 1984). The Bureau has interpreted section 3624(b) to permit the Bureau to award GCT only for time actually served rather than on the time imposed. This interpretation has been upheld in two judicial circuits.

Based on the above information, your Request for Administrative Remedy is denied.

If you are not satisfied with this decision, you may appeal to the Regional Director at: Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania, 19106. Your appeal must be received in the Northeast Regional Office within 20 days of the date of this response.

_____          8/2/4
David L. Winn, Warden                    Date