Jeffrey E. Simpson
#04394-036
U.S.P. Allenwood
P.O. Box 3000
White Deer PA. 17887

FILED
CLERKS OFFICE
2005 MAR 24 P 1:20
U.S. DISTRICT COURT
DISTRICT OF MASS

Clerk of Court
U.S. District Court
One Courthouse Way
Boston MA. 02210

March 21, 2005

Dear Clerk,        RE: 04-40216-RWZ

Please forward me Summons forms for Defendants as follows:

1. United States of America
2. Federal Bureau of Prisons
3. Troy Williamson
4. Dr. Sarazin MD

Thank you for your time

Sincerely

[signature]