UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__DECARESS SMITH__
          **Petitioner**

**V.**

__DAVID L. WINN, WARDEN__
          **Respondent**

**CIVIL ACTION**

**NO.** __04CV40126-RWZ__

### ORDER OF DISMISSAL

__ZOBEL, D. J.__

    In accordance with the Court's endorsed Order dated __3/25/05__ summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2241, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

__3/25/05__
**Date**

__s/ Lisa A. Urso__
**Deputy Clerk**

(2254 Dismissal Order.wpd - 12/98)        [odism.]